| Schedule A | | |
|---|---|---|
| Doe | Store Name | Merchant ID |
| 1 | Jilin Baiying Trade Co., Ltd. | baiyingtrade |
| 2 | Witweet Technology Co., Ltd. | timberwood |
| 3 | Giny Store | 1101283344 |
| 4 | Outdoor Bike Store | 1101550404 |
| 5 | Freedom-Tool Store | 1101959737 |
| 6 | DEVON official Store | 1102215299 |
| 7 | Moily Store | 1101292049 |
| 8 | Outdoor Lifes Store | 1101352740 |
| 9 | YAoxing | A10HI6LUDCHJA4 |
| 10 | MQFeng | A11XCHWHMGTFQB |
| 11 | ZhongTao | A1D0D0TVUQPH3R |
| 12 | QQYYG Shop | A1KZNRF9AGV6SI |
| 13 | Dayang | A1L0I71OFBYJ9A |
| 14 | GHRSDZSW | A1SNKYGVLEZI26 |
| 15 | ZeDZUS | A2I50X7PUB15OM |
| 16 | hongxiangrui | A2PF0BODVQW1F |
| 17 | FanTong US | A2T2B1JXW5XMH5 |
| 18 | Huo Lu zheng | A2T3C42UIOI0OP |
| 19 | fewqz | A2TGTSDL2M5RE2 |
| 20 | mayujiawen | A2TU46IZIUTS38 |
| 21 | Qudodo | A2XFC25OLMIEKY |
| 22 | HAULANQI | A36CEFEFU7PJUH |
| 23 | Êù®Ê¥ãÂ≠êË°å | A38QY9EDOQ55B |
| 24 | HVTUFT | A3BP0A2U2GUDW9 |
| 25 | LXMbeimei | A3FW45MREN7V4N |
| 26 | YunHong | A3K2ZXS9B3HLMW |
| 27 | Loethe LLC | A3MIBC28PSZKP7 |
| 28 | ayubb1 | A5FTD28MHRS74 |
| 29 | Energy Crystal | AAG3ZJ3UTCI04 |
| 30 | NTUOO | AHY1SMLEHC7ZP |
| 31 | Amazon Global Store UK | AP3VA1GJZM3EQ |
| 32 | ZRTSW-US | AZ8QQP53KWDQ7 |
| 33 | abdullekanu0 | abdullekanu0 |
| 34 | alexiswie-47 | alexiswie-47 |
| 35 | alpha**sales | alpha**sales |
| 36 | asceylonon-0 | asceylonon-0 |
| 37 | beijinglu | beijinglu |
| 38 | dipriy_61 | dipriy_61 |
| 39 | donfri6 | donfri6 |
| 40 | ecv983 | ecv983 |
| 41 | fabian.50 | fabian.50 |
| 42 | flygoodly | flygoodly |
| 43 | flywisdomsales8 | flywisdomsales8 |

| | | |
|---|---|---|
| 44 | hshgihka06 | hshgihka06 |
| 45 | huixinkeji | huixinkeji |
| 46 | indsamar-17 | indsamar-17 |
| 47 | jahyshowup | jahyshowup |
| 48 | johnal_81 | johnal_81 |
| 49 | meet-guitar | meet-guitar |
| 50 | morningfast-2 | morningfast-2 |
| 51 | morningfast-3 | morningfast-3 |
| 52 | nznz_9575 | nznz_9575 |
| 53 | pingpai | pingpai |
| 54 | pkpk678 | pkpk678 |
| 55 | sjsc-88 | sjsc-88 |
| 56 | smellsuble | smellsuble |
| 57 | sohuus | sohuus |
| 58 | sportingmall_1 | sportingmall_1 |
| 59 | to-be-walmart | to-be-walmart |
| 60 | tonfuture | tonfuture |
| 61 | trave_mart | trave_mart |
| 62 | travelers_77 | travelers_77 |
| 63 | troy-online | troy-online |
| 64 | zbjhome | zbjhome |
| 65 | Top No.1 | 1510733882006623948-174-3-709-1528895569 |
| 66 | RC BAG | 5b126a9d8b4513034765f94b |
| 67 | MINIMart | 620517c73a37d24d5a2b89e1 |
| 68 | bigamart | bigamart.com |
| 69 | chicsunrise | chicsunrise.com |
| 70 | chillorange | chillorange |
| 71 | ihacio | ihacio |
| 72 | peekwise | peekwise.com |
| 73 | westore24 | westore24.com |
| 74 | Shenzhen Weitian Industrial Co., Ltd. | 101043398 |
| 75 | Pero pio | 101043405 |
| 76 | Shanghai Leiyuan Energy Technology Co., Ltd. | 101043436 |
| 77 | KIKIO | 101044608 |
| 78 | shenzhenshimeihuidawangluokejiyouxiangongsi | 101044684 |
| 79 | YZHTSJ | 101113325 |
| 80 | ChuHeDianZi | 101113939 |
| 81 | Lucyflower | 101124094 |
| 82 | unattainy | 101125341 |
| 83 | SHENZHENSHIJINLANKEJIYOUXIANGONGSI | 101126158 |
| 84 | shenzhenshipaixuankejiyouxiangongsi | 101126179 |
| 85 | enquiret | 101126910 |
| 86 | maytalsoy | 101126913 |
| 87 | shenzhenshihanengwenjuyouxiangongsi | 101127586 |
| 88 | Kidstorehours | 101129006 |

| 89  | destyer                                      | 101129847                        |
|-----|----------------------------------------------|----------------------------------|
| 90  | sailomoon                                    | 101129855                        |
| 91  | Redempion                                    | 101130046                        |
| 92  | Mylobeth                                     | 101133546                        |
| 93  | jinyi                                        | 101133713                        |
| 94  | guardung                                     | 101134150                        |
| 95  | kurtrussel                                   | 101136211                        |
| 96  | savreiony                                    | 101136456                        |
| 97  | duretiony                                    | 101136709                        |
| 98  | shenzhenshihailihuidianzishangwuyouxiangongsi | 101137487                        |
| 99  | Changningshijiruiwangluokejiyouxiangongsi    | 101173599                        |
| 100 | shengming                                    | 101173971                        |
| 101 | Magical Rainbow                              | 101176923                        |
| 102 | Martokay                                     | 101177870                        |
| 103 | Great Electronics                            | 101178696                        |
| 104 | AweSitey                                     | 778928979                        |
| 105 | guojie                                       | 5785f19f88eb7a7f84622d5c         |
| 106 | dawson                                       | 5a2f9da46b50162c4a9ca4d2         |
| 107 | yuanwahsnegyong                              | 5afbb9b31852901865377b01         |
| 108 | 1988memories                                 | 5b0d1e6b5920690e4e1879aa         |
| 109 | lilishangcheng                               | 5b7a0e50bbbffb115d354c46         |
| 110 | panjj01                                      | 5d5529ae41ed5157e6cd5ea6         |
| 111 | dfvdg                                        | 5d55637c560eca62bed3ac66         |
| 112 | MaricoNathanoHbO                             | 5e7395c1da85f5c94e222d92         |
| 113 | Donewill Baby's                              | 5e884f115a8fce1ad94a89c9         |
| 114 | huanwubusheng                                | 5e8998ff99a1f90222d44edc         |
| 115 | duankejiufeng                                | 5e8e93235165533af6d4ec1e         |
| 116 | Davidyy                                      | 5e97cbf53db663318274e6f9         |
| 117 | sisheetdsj                                   | 5e9808114ec15b63f4f4c727         |
| 118 | rerishrobev                                  | 5e980b96920fc83b80f3040a         |
| 119 | soughsxfwh                                   | 5e980d2ad4392f18b5f7f9c1         |
| 120 | smathepsswge                                 | 5e980e1540ac8713808649ec         |
| 121 | chengcheng889                                | 5ec502bf74c85a4b10a8591b         |
| 122 | shuangshishuanggang                          | 5ecdceb890221d028d65fb85         |
| 123 | a772752262                                   | 5edae244f88be216186809b7         |
| 124 | CHEN8887                                     | 5f19141738ed9b4ec0d9e369         |
| 125 | sloth buy                                    | 5f1e317537fccf5c8b18063c         |
| 126 | remancer                                     | 5f6753f9ab83bee7b71b9177         |
| 127 | the cicada                                   | 5f6757a0ab83be58e11b92b0         |
| 128 | BURNING RAIN                                 | 5f69fdd089718dfc83421d95         |
| 129 | THE BLONDS                                   | 5f6a0816d9e21e1730f36c51         |
| 130 | Thamara Lopez                                | 5f6a736e7cc0a04c5dd40d56         |
| 131 | Andrew & Prescott                            | 5f74f8d7db9ed54450c9b4fc         |
| 132 | inversiones esencial                         | 5f76085f47fa978dc6c44bae         |
| 133 | Purocomerciovnz                              | 5f7616b247fa97a206c44ba4         |

| 134 | variedadesalejandro55 c.a | 5f7618827736b58faa1f4f36 |
| 135 | marivenss | 5f7664db47fa9709e2c44b30 |
| 136 | Ana Gonzales | 5f79c6c89c2cb0e299008eed |
| 137 | Stom49 | 5f7ae954ea3b0aa9adafafb7 |
| 138 | nasibazariva | 5f7b79e569c7a8004a15b032 |
| 139 | Sam.007 | 5f7e59f3294a287667172263 |
| 140 | King1 bons | 5f7fa3897287f00047d62b06 |
| 141 | jarronverde | 5f873153493c240045f51835 |
| 142 | sunflower050 | 5f8e285f76ec12a5a2131591 |
| 143 | MARSHALL2025 | 5f8e333906860d0526488c1c |
| 144 | erickpa | 5f8e8f04798cefdb6cfdff0d |
| 145 | gianluca17 | 5f8f6f2f43db78004cc9d193 |
| 146 | Emersoncheu | 5fd377168d738276f9201d3b |
| 147 | tumimaige | 600004d7dcb73d3245f715ad |
| 148 | hejinliang | 605056de8c61750ee7cf7286 |