AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Illinois/Eastern Division__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22cv6091 | DATE FILED<br>11/03/2022 | U.S. DISTRICT COURT<br>Northern District of Illinois/Eastern Division |
|---|---|---|
| PLAINTIFF<br>PQR, LLC | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>David Jozwiak | DATE<br>11/07/2022 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

# United States of America
## United States Patent and Trademark Office

# CHORD BUDDY

**Reg. No. 6,204,055**
**Registered Nov. 24, 2020**
**Int. Cl.: 15**
**Trademark**
**Principal Register**

Perry's Music, LLC (ALABAMA LIMITED LIABILITY COMPANY)
529 Harvest Ln
Dothan, ALABAMA 36301

CLASS 15: Guitar playing assistance devices, namely, a sliding clamp-like structure positioned onto the guitar neck to form and sound guitar chords and notes; guitar playing assistance devices, namely, a sliding clamp-like structure positioned onto the guitar neck to assist a player in forming and sounding guitar chords and notes; clip on tuner for guitar; capo for guitar; tuner for guitar; strings for guitar; half-size guitars not being toy models; kit for assisting in learning to play guitar, comprising namely, a guitar, a sliding clamp-like structure positioned onto the guitar neck to assist a player in forming and sounding guitar chords and notes, and instruction book; guitars

FIRST USE 1-1-2010; IN COMMERCE 6-1-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-817,523, FILED 03-02-2020



*Andrei Iancu*
Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,967,663**
**Registered May 24, 2011**

**Int. Cl.: 15**

**TRADEMARK**
**PRINCIPAL REGISTER**

PERRY'S MUSIC, LLC (ALABAMA LIMITED LIABILITY COMPANY)
529 HARVEST LANE
DOTHAN, AL 36301

FOR: GUITAR PLAYING ASSISTANCE DEVICES, NAMELY, A SLIDING CLAMP-LIKE STRUCTURE POSITIONED ONTO THE GUITAR NECK TO FORM AND SOUND GUITAR CHORDS AND NOTES, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 1-1-2010; IN COMMERCE 6-1-2010.

THE MARK CONSISTS OF THE WORDS "CHORD" AND "BUDDY" ARE JOINED TOGETHER. THE WORD "CHORD" AND THE LETTER "B" IN "BUDDY" IS IN A LIGHT ORANGE COLOR. THE "C" IN THE WORD "CHORD" IS LARGER TYPEFACE/FONT AND IN THE OPEN SPACE OF THE LETTER "C" CONTAINS THE REMAINING LETTERS OF THE WORD "CHORD" - "H", "O", "R" AND "D" IN A SMALLER TYPEFACE/FONT THAN THE LETTERS "C" IN "CHORD" AND "B" IN "BUDDY". THE LETTER "B" IS ALSO ENLARGED TYPEFACE/FONT AND IS IN THE SAME LIGHT ORANGE COLOR AS THE WORD "CHORD". THE REMAINING LETTERS OF THE WORD "BUDDY" ARE OF SMALLER TYPEFACE/FONT AND ARE AS FOLLOWS: THE LETTER "U" IS ROYAL BLUE IN COLOR, THE LETTER "D" IS EMERALD GREEN IN COLOR, THE SECOND LETTER "D" IS RED IN COLOR, AND THE LETTER "Y" IS YELLOW IN COLOR. THE COLOR BLACK REPRESENTS BACKGROUND AND IS NOT PART OF THE MARK.

THE COLOR(S) LIGHT ORANGE, ROYAL BLUE, EMERALD GREEN, RED AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-012,486, FILED 4-13-2010.

MICHAEL ENGEL, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,932,786**
**Registered Apr. 5, 2016**

**Int. Cl.: 15**

**TRADEMARK**

**PRINCIPAL REGISTER**

PERRY'S MUSIC, LLC (ALABAMA LIMITED LIABILITY COMPANY)
529 HARVEST LN
DOTHAN, AL 36301

FOR: GUITAR PLAYING ASSISTANCE DEVICES, NAMELY, A SLIDING CLAMP-LIKE STRUCTURE POSITIONED ONTO THE GUITAR NECK TO ASSIST A PLAYER IN FORMING AND SOUNDING GUITAR CHORDS AND NOTES; CLIP ON TUNER FOR GUITAR; CAPO FOR GUITAR; TUNER FOR GUITAR; STRINGS FOR GUITAR; HALF-SIZE GUITARS; KIT FOR ASSISTING IN LEARNING TO PLAY GUITAR, COMPRISING, NAMELY, A GUITAR, A SLIDING CLAMP-LIKE STRUCTURE POSITIONED ONTO THE GUITAR NECK TO ASSIST A PLAYER IN FORMING AND SOUNDING GUITAR CHORDS AND NOTES, AND INSTRUCTION BOOK; GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 10-31-2015; IN COMMERCE 10-31-2015.

OWNER OF U.S. REG. NO. 3,967,663.

THE COLOR(S) TAN, BLUE, GREEN, RED, YELLOW, AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "CHORD BUDDY" FIT INTO A WHITE GUITAR-SHAPED OUTLINE, WHEREIN THE "C" AND "B" ARE TAN AND FORM THE BODY OF THE GUITAR, THE LETTERS "HORD" ARE TAN AND ARE INSIDE THE LETTER "C", AND THE LETTERS "UDDY" FIT INTO THE NECK OF THE GUITAR WHERE THE LETTER "U" IS BLUE, THE FIRST LETTER "D" IS GREEN, THE SECOND LETTER "D" IS RED, AND THE LETTER "Y" IS YELLOW, ALL ON A DARK BACKGROUND; THE COLOR BLACK REPRESENTS BACKGROUND AND IS NOT PART OF THE MARK.

SN 85-956,346, FILED 6-11-2013.

GILBERT SWIFT, EXAMINING ATTORNEY

*Michelle K. Lee*
Director of the United States
Patent and Trademark Office