# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Perry's Music LLC ) | |
| ) | Case No. 22-cv-6091 |
| v. ) | |
| ) | Judge: Hon. Sharon Johnson Coleman |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | Magistrate: Hon. Maria Valdez |
| IDENTIFIED ON SCHEDULE "A" ) | |
| ) | |

## Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Perry's Music LLC, voluntarily dismiss any and all claims against the following Defendants, without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 31 | Amazon Global Store UK | AP3VA1GJZM3EQ |
| 21 | Qudodo | A2XFC25OLMIEKY |
| 80 | ChuHeDianZi | 101113939 |

Dated: February 4, 2023         Respectfully submitted,

                    By:     s/David Gulbransen/
                        David Gulbransen
                        Attorney of Record

                        David Gulbransen (#6296646)
                        Law Office of David Gulbransen
                        805 Lake Street, Suite 172
                        Oak Park, IL 60302
                        (312) 361-0825 p.
                        (312) 873-4377 f.
                        david@gulbransenlaw.com